# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **COOBIE DEON DAVIS** | **CIVIL ACTION NO. 19-0518** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **3RD JUDICIAL DISTRICT COURT, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Coobie Deon Davis's claims are **DISMISSED** as duplicative and malicious **WITHOUT PREJUDICE** to Plaintiff's right to prosecute the pending, duplicative proceeding. The claims are otherwise **DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 4th day of June, 2019.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE